## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNIVERSAL ELECTRONICS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES, *et al.*, <br><br> *Defendants*. | No. 1:20-cv-00670-3JP |

## NOTICE OF WITHDRAWAL

Pursuant to Rule 75 of the Rules of the Court of International Trade, the undersigned, Brett A. Shumate, respectfully notices the withdrawal of his appearance as counsel to Plaintiffs in this action, as he will be departing Jones Day effective January 17, 2025. Plaintiffs will be represented by John M. Gore.

Dated: January 16, 2025

Respectfully submitted,

*/s/ Brett A. Shumate*
Brett A. Shumate
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Counsel for Plaintiffs*